## UNITED STATES DISTRICT COURT



### DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
| v. | CASE NUMBER: |
| Gordan Leroy Fulwilder II | 20-3110MJ |

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about May 10, 2020 in the District of Arizona, Defendant GORDAN LEROY FULWILDER II, a person confined to Behavioral Systems Southwest, located in Florence, Arizona, pursuant to the direction of the Attorney General and the authority delegated to the Bureau of Prisons and by virtue of an Order entered against him in the United States District Court for the District of Arizona for Supervised Release Violation, in violation of Title 18 United States Code Section 3583(e), did knowingly and willfully escape from custody.

In violation of Title 18, United States Code, Sections 751(a) and 4082(a).

I further state that I am Deputy U.S. Marshal.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:      ☒Yes      ☐ No

AUTHORIZED BY: Brian E. Kasprzyk, AUSA

| | |
|---|---|
| Joseph J. Faranda, Deputy U.S. Marshal | |
| Name of Complainant | Signature of Complainant |

Sworn to before me telephonically

| | | |
|---|---|---|
| May 18, 2020 | at | Phoenix, Arizona |
| Date | | City and State |

| | |
|---|---|
| Honorable Michael T. Morrissey | M Morrissey |
| United States Magistrate Judge | |
| Name & Title of Judicial Officer | Signature of Judicial Officer |

## STATEMENT OF PROBABLE CAUSE

I, Joseph J. Faranda, being duly sworn, hereby depose and state as follows:

1.  I am a Deputy United States Marshal assigned to the United States Marshals Service (USMS), Phoenix, Arizona office, and have been so employed since September, 2010.   As part of my regular duties, I investigate violations of Title 18, United States Code (U.S.C.), Sections 751(a) and 4082(a), Escape from Custody.   This statement of probable cause is in support of a criminal complaint against Defendant GORDAN LEROY FULWILDER II (Defendant) for violating 18 U.S.C. §§ 751(a) and 4082(a), Escape from Custody.   After examining the Notice of Escape and the court record in this case, I have learned the following information:

2.  On October 15, 2012, Defendant was sentenced to the custody of the Bureau of Prisons (BOP) for a term of 55 months for a violation of 18 U.S.C. §§ 1152, 1363 and 2, Crime on an Indian Reservation, Malicious Mischief, Aid and Abet, a Class C Felony.   Defendant was also sentenced to a term of supervised release of three years upon his release from BOP.

3.  On May 21, 2019, Defendant admitted to violating the terms of his supervised release, specifically, mandatory condition number three – that the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.

4.  On June 21, 2019, the Court found that Defendant had violated the terms and conditions of supervised release and revoked his supervised release.   The Court sentenced him to the custody of the BOP for 15 months with no term of supervised release to follow.   Defendant was designated by the BOP to Federal Correctional Institute, Mendota, California.

5.  On April 28, 2020, Defendant arrived at Behavioral Systems Southwest (BSSW), 950

2

East Diversion Dam Road, Florence, Arizona, to complete serving his custodial sentence as directed by BOP.   BSSW is a facility in which Defendant was lawfully ordered confined pursuant to the direction of the Attorney General, and the authority delegated by the Attorney General to the BOP.   Defendant's projected release date was July 3, 2020.

6.   On May 11, 2020, staff at BSSW notified the USMS that on May 10, 2020 at approximately 11:57 pm a black car pulled into the BSSW parking lot.   Defendant came out of Dormitory Two moments later with a few items of clothing and got into the black car and left the facility.   The black car turned left at the light onto Highway 79 and drove away.   Defendant was not approved for any passes.   Defendant has not returned to BSSW since leaving on May 11, 2020, and all attempts to locate him have met with negative results.   As of this date, Defendant's whereabouts remain unknown.

7.   For these reasons, your Affiant submits that there is probable cause to believe Defendant GORDAN LEROY FULWILDER II did knowingly and willfully escape from custody, in violation of 18 U.S.C. §§ 751(a) and 4082(a).


JOSEPH J. FARANDA
Deputy United States Marshal


Sworn to before me telephonically
this 18th day of May 2020.


HONORABLE MICHAEL T. MORRISSEY
United States Magistrate Judge


3